O

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10  JUANITA HERNANDEZ, et al.,                Case No. CV 15-8556-RGK (KK)
11                          Plaintiffs,        ORDER ACCEPTING AMENDED
                                               FINDINGS AND
12              v.                             RECOMMENDATION OF UNITED
                                               STATES MAGISTRATE JUDGE
13  ISHAK BISHARA, et al.,
14                          Defendants.
15
16
17          Pursuant to Title 28 of the United States Code, section 636, the Court has
18  reviewed the Report and Recommendation, Amended Report and
19  Recommendation, and all relevant records.  The Court accepts the amended
20  findings and recommendation of the United States Magistrate Judge.
21          IT IS THEREFORE ORDERED the Motion to Dismiss is GRANTED and
22  this action is DISMISSED without prejudice.
23          The Court warns Plaintiffs Juanita Hernandez and Cerros Hernandez, aka J.
24  Lydia Hernandez and Eutimio Hernandez, they must comply with the vexatious
25  litigant order issued in Lydia Hernandez v. Federal Home Loan Mortgage
26  Corporation, 2:14-cv-04432-R-SH (C.D. Cal. filed Jun. 9, 2014).  Plaintiffs Juanita
27  Hernandez and Cerros Hernandez, aka J. Lydia Hernandez and Eutimio
28  Hernandez, may not seek to evade the vexatious litigant order by using

pseudonyms or aliases.  The Clerk of Court has noted the pseudonyms and aliases used in this case.


Dated: August 30, 2016

_____
HONORABLE R. GARY KLAUSNER
United States District Judge