JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA HERNANDEZ, et al., | Case No. CV 15-8556-RGK (KK) |
| Plaintiffs, | JUDGMENT |
| v. | |
| ISHAK BISHARA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Amended Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 30, 2016

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge